GAETANO TALEVI, as Administrator of the Estate of PIETRO TALEVI, Deceased, Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

*Talevi* v. *N. Y. C. & H. R. R. Co.*, 144 App. Div. 914, affirmed.
(Argued April 3, 1912; decided April 30, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 3, 1911, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for the death of plaintiff's intestate, alleged to have been occasioned through the negligence of defendant, his employer.

*John F. Brennan* for appellant.

*Thomas J. O'Neill* and *L. F. Fish* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCOCK and COLLIN, JJ.